No. 442. O. K. MANUFACTURING COMPANY v. BASSICK MANUFACTURING COMPANY; and

No. 443. LARKIN AUTOMOTIVE PARTS COMPANY v. BASSICK MANUFACTURING COMPANY. October 31, 1927.

Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Alfred M. Allen* and *W. B. Turner* for petitioners. *Mr. Lynn A. Williams* for respondent.